1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**for the WESTERN DISTRICT of WASHINGTON**

6

7
8

ESTHER GOULD, et al,                               )
                                                   )
                            Plaintiff,             )

9

                         vs.                       )
                                                   )          **C04-2213 JPD**

10

GORDON MOVING SERVICES, INC,                       )

11
                            Defendant.             )          **MINUTE ORDER**
                                                   )
12

        The following Minute Order is made at the direction of the Court, the Honorable

13
James P. Donohue, United States Magistrate Judge:

14

15

        The plaintiffs Motion to Compel (dkt #33) is hereby re-noted to the third Friday from the

16
filing date  – July 8, 2005.

17

18

19

20

21

22

23
                        Dated this 22nd day of June , 2005

24

25                      /S/ PETER H. VOELKER
                         Deputy Clerk

26      **MINUTE ORDER**