# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ESTHER GOULD, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>GORDON MOVING SERVICES, INC. Et al,<br><br>        Defendant. | C04-2213 JPD<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A Status Conference has been scheduled by the Court for Monday, 22 August 2005, at 11:00am.  The conference will be conducted in Courtroom 12A, U. S. Courthouse, 700 Steward Street, Seattle, Washington.

Dated this 19th day of August , 2005

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**