01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ESTHER GOULD et al., | ) | Case No. C05-2213-JPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MINUTE ORDER |
| GORDON MOVING SERVICES INC. et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge::

(1)     Plaintiffs' motion for default judgment, Dkt. No. 38, is DENIED.

(2)     The existing trial schedule is STRICKEN.  The parties shall conform to the following revised trial schedule:

• The parties shall conduct a Local Rule 39.1 mediation in this matter not later than October 10, 2005.

• The final pretrial conference shall be held in Judge Donohue's chambers at 9 a.m. on October 24, 2005.  At the conference, the parties shall submit their (1) proposed jury instructions, (2) proposed voir dire, (3) motions *in limine*, and (4) trial briefs.

MINUTE ORDER
PAGE -1

- A two day jury trial is scheduled for October 31, 2005, at 9:00 a.m. in Courtroom 12A.

DATED this 22nd day of August, 2005.

Bruce Rifkin
Clerk of Court

 /S/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk

MINUTE ORDER
PAGE -2