# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ESTHER GOULD, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GORDON MOVING SERVICES, INC, et al., ) <br> ) <br> Defendant. ) | **C04-2213 JPD** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiffs Motion for Summary Judgment Against Defendant Randy Gordon (dkt. #52) is STRICKEN for two reasons.

First, the time for filing dispositive motions has expired.  Second, the motion was not properly noted - Counsel again are directed to review the local rules of this court; see, e.g. Local Rule CR7 (d)(3).

Dated this 7th day of September , 2005

/S/ PETER H. VOELKER
  Deputy Clerk

**MINUTE ORDER**

Dated this 7th day of September , 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**