# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ESTHER GOULD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **C04-2213 JPD** |
| GORDON MOVING SERVICE, INC. Et al, ) | |
| ) | **MINUTE ORDER** |
| Defendant. ) | **CONTINUING TRIAL and** |
| ) | **ATTENDANT DATES** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Jury Trial in the above entitled matter is hereby continued to Tuesday, 6 December 2005, commencing at 9:00am in Courtroom 12 A, U.S. Courthouse, Seattle, Washington.

The Final Pretrial Conference is hereby continued to Monday, 28 November 2005 at 10:30am. At the conference, the parties will submit their respective proposed voir dire, proposed jury instructions, motions *in limine*, and trial briefs. The conference will be conducted in Courtroom 12A.

Dated this 29th day of September, 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**