Honorable Judge Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTHER GOULD, a single woman,<br><br>    Plaintiff,<br><br>ESTHER GOULD and JOANNE GOULD, co-trustees of the ESTHER GOULD REVOCABLE LIVING TRUST,<br><br>    Plaintiff,<br>v.<br><br>GORDON MOVING SERVICES, INC., a California Corporation<br><br>    Defendant,<br><br>RANDY GORDON aka RAND GORDON, and his marital community,<br><br>Defendant. | No. C04-02213 JPD<br><br>STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE<br><br>**(Clerk's Action Required)** |

### I. STIPULATION

COME NOW, the Plaintiffs Esther Gould, and Esther Gould and Joanne Gould, Co-Trustees of Esther Gould Revocable Living Trust, by and through their attorney of record,

STIPULATION AND ORDER OF DIMISSAL WITH PREJUDICE  - Page 1

**Galvin Realty Law Group, P.S.**
Attorneys at Law
21907 – 64th Avenue West, Suite 360
Mountlake Terrace, WA 98043
Telephone:  (425) 248-2163
Facsimile: (425) 248-2168

Yen Lam of Galvin Realty Law Group, PS, and the Defendants, Gordon Moving Services, Inc. and Randy Gordon, by and through their attorney of record, Daniel J. Frohlich of the Rainer Law Group, PLLC, and hereby stipulate and agree that all claims and counterclaims should be dismissed with prejudice and without fees or costs to either party.

STIPULATED to this 7th day of November, 2005.

| GALVIN REALTY LAW GROUP, PS | THE RAINER LAW GROUP, PLLC |
|---|---|
| /s/  YEN LAM | /s/  DAN FROHLICH |
| Yen B. Lam, WSBA #32989 | Daniel J. Frohlich, WSBA #31437 |
| Attorney for Plaintiffs | Attorney for Defendants |

## II.   ORDER

THIS MATTER came before the Honorable James P. Donohue, United States Magistrate Judge, upon the foregoing Stipulation, and the Court having reviewed the Stipulation, as well as the balance of the record, hereby

ORDERS, ADJUDGES, AND DECREES as follows:

(1) All claims and counterclaims are dismissed with prejudice and without fees or costs to either party.

(2) The trial date presently scheduled for December 6, 2005 shall be stricken by the clerk of the court.

STIPULATION AND ORDER OF DIMISSAL WITH PREJUDICE   - Page 2

**Galvin Realty Law Group, P.S.**
Attorneys at Law
21907 – 64th Avenue West, Suite 360
Mountlake Terrace, WA 98043
Telephone:  (425) 248-2163
Facsimile: (425) 248-2168

DATED 8th day of November, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

GALVIN REALTY LAW GROUP, PS

_____
Yen B. Lam, WSBA #32989
Attorney for Plaintiffs

Copy Received; Approved to as to Form;
Notice of Presentation Waived:

THE RAINER LAW GROUP, PLLC

_____
Daniel J. Frohlich, WSBA #31437
Attorney for Defendants

STIPULATION AND ORDER OF DIMISSAL WITH PREJUDICE  - Page 3

**Galvin Realty Law Group, P.S.**
Attorneys at Law
21907 – 64th Avenue West, Suite 360
Mountlake Terrace, WA 98043
Telephone: (425) 248-2163
Facsimile: (425) 248-2168